```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 16213
   DIANE MARIE MIMP
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-2103


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/06/07 .

     2.  The case was dismissed without confirmation, 12/14/2007.

     3.  The Debtor paid a total of $     825.00 .


-------------------------------------------------------------------------------
CREDITOR NAME               CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
US BANK                     CURRENT MORTG          .00           .00           .00
WOODRIDGE CONTRY CLUB CO    MORTGAGE ARRE    NOT FILED           .00           .00
FORD MOTOR CREDIT CO        SECURED VEHIC          .00           .00           .00
US DEPT OF EDUCATION        PRIORITY         NOT FILED           .00           .00
ADVOCATE MEDICAL GROUP      UNSECURED        NOT FILED           .00           .00
CAPITAL ONE BANK            UNSECURED        NOT FILED           .00           .00
EDWARD HOSPITAL             UNSECURED        NOT FILED           .00           .00
HSBC                        UNSECURED        NOT FILED           .00           .00
IDEAL ANESTHESIA SERVICE    UNSECURED        NOT FILED           .00           .00
LORI ANDREWS MSLCPC         UNSECURED        NOT FILED           .00           .00
MOBILE ANESTHESIOLOGISTS    UNSECURED        NOT FILED           .00           .00
NORTHWEST METRO UROLOGY     UNSECURED        NOT FILED           .00           .00
QUEST DIAG INCORP           UNSECURED        NOT FILED           .00           .00
SUBURBAN GASTROENTEROLOG    UNSECURED        NOT FILED           .00           .00
TARGET                      UNSECURED        NOT FILED           .00           .00
WASHINGTON MUTUAL CARD S    UNSECURED        NOT FILED           .00           .00
          Summary of disbursements:
-------------------------------------------------------------------------------
                  SECURED      PRIORITY     UNSECURED       OTHER          TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00           .00          .00            .00
PRINCIPAL PAID         .00          .00           .00          .00            .00
INTEREST PAID          .00          .00           .00          .00            .00
TOTAL PAID             .00          .00           .00          .00            .00
The Debtor's attorney, THOMAS LAW OFFICE              , was allowed $         .00
and was paid $        .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $    825.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 06/24/08                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE